### In re THIELE.

(Supreme Court, Appellate Division, First Department. November 14, 1913.)

ATTORNEY AND CLIENT (§ 54*)—PROCEEDINGS FOR PROFESSIONAL MISCONDUCT—
SUSPENSION OF PROCEEDINGS.

It appearing in proceedings against an attorney on charges of profes-
sional misconduct that the controversy is principally a dispute between
him and another attorney, formerly his partner, and that he has com-
menced an action against his former partner for an accounting, and claims
that on that accounting a balance will be found due him, the proceedings
will be suspended to give him a reasonable time to bring on the action,
that the dispute may be tried out therein.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. § 73;
Dec. Dig. § 54.*]

Proceedings against Carl L. Thiele, an attorney, on charges of pro-
fessional misconduct. Proceedings suspended.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGH-
LIN, CLARKE, and SCOTT, JJ.

Einar Chrystie, of New York City, for petitioner.

G. E. Joseph, of New York City, for respondent.

PER CURIAM. This controversy seems to be principally a dis-
pute between two attorneys at law who have dissolved partnership.
It appears by the answer of the respondent that he has commenced
an action against his former partner for an accounting, and he claims
that on that accounting a balance will be found due him. I am in-
clined to think that these proceedings should be suspended so as to
give the respondent a reasonable time to bring on his action against
his partner, and thus have the dispute tried out in that action rather
than in these proceedings. If the respondent fails to bring on that
action for hearing within a reasonable time, or after the decision of
the court in that action, the petitioner may move to continue these
proceedings.